# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

PAPA MBENGUE,

          Defendant.

Case No. 2:17-cr-00366-KJD-GWF

**ORDER**

This matter is before the Court on Defendant's Motion to Withdraw Defendant's Waiver of Temporary Right to Custody Under the Interstate Agreement on Detainers Act (ECF No. 21), filed on December 27, 2017. The Government filed its Response (ECF No. 23) on January 2, 2018.

Defendant executed a Waiver of Temporary Right to Custody under the Interstate Agreement on Detainers Act. ECF No. 10. Defendant requests permission to withdraw his Waiver of Temporary Right to Custody and to be taken back into federal custody. The Government does not oppose Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw Defendant's Waiver of Temporary Right to Custody Under the Interstate Agreement on Detainers Act (ECF No. 21) is **granted**.

**IT IS FURTHER ORDERED** Defendant's Waiver of Temporary Right to Custody (ECF No. 10) is deemed withdrawn and he may be transported into federal custody.

DATED this 3rd day of January, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge