# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00366-KJD-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| PAPA MBENGUE, | |
| Defendant. | |

Presently before the Court is the Government's Motion to Dismiss (#29). Having read and considered the motion and good cause being found, the Motion to Dismiss (#29) is **GRANTED**.

Dated this 26th day of April, 2018.

Kent J. Dawson
United States District Judge